IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Leigh Riley, Plaintiff

v.

Talented Ghostwriter,

3 ⑥ Digital Marketing LLC,

Retrocube LLC,

Texona Marketing LLC, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes _X_ No

# COMPLAINT

### A.  PLAINTIFF INFORMATION

Leigh Riley, 8277 Loganberry Ct, Colorado Springs, CO 80927
  (Name and complete mailing address)

1-703-973-0448, drleighriley@gmail.com
  (Telephone number and e-mail address)

### B.  DEFENDANT(S) INFORMATION

Defendant 1:  Talented Ghostwriter, 645 S Olive St, Los Angeles, CA 90014
       (Name and complete mailing address)

       1-888-217-2492, sales@talentedghostwriter.com
         (Telephone number and e-mail address if known)

Defendant 2:  360 Digital Marketing LLC, 1910 Pacific Ave, Ste 8025, Dallas, TX 75201
       (Name and complete mailing address)

       1-469-779-7700, support@360digimarketing.com

        (Telephone number and e-mail address if known)

Defendant 3:   <u>Retrocube LLC, 1910 Pacific Ave, Ste 8025, Dallas, TX 75201</u>
        (Name and complete mailing address)

        <u>1-844-706-0053, info@retrocube.com</u>
        (Telephone number and e-mail address if known)

Defendant 4:   <u>Texona Marketing LLC, 10998 S Wilcrest Dr., Suite 150, Houston, TX 77099</u>
        (Name and complete mailing address)

        <u>1-281-417-3352, support@texonamarketing.com</u>
        (Telephone number and e-mail address if known)

## C. JURISDICTION

___ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

__X__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

Defendant 1 is incorporated under the laws of California.

Defendant 1 has its principal place of business in California.

Defendant 2 is incorporated under the laws of Texas.

Defendant 2 has its principal place of business in Texas.

Defendant 3 is incorporated under the laws of Texas.

Defendant 3 has its principal place of business in Texas.

2

Defendant 4 is incorporated under the laws of Texas.

Defendant 4 has its principal place of business Texas.

### D. STATEMENT OF CLAIM(S)

CLAIM ONE: Pursuant to the contracts (2) titled "Service Agreement" and dated January 18th and 22nd, 2021 ("Agreement") (see Exhibit A), the Defendant has conducted themselves in such a way that has caused the guarantee clause in these Agreements to become effective.

Supporting facts:

a. According to the Guarantee clause, you will provide:

- 100% ROI within the first twelve months
- 100% money back guarantee in the following cases:
  - Author doesn't' like the writer or team
  - Author is not satisfied with the quality of work
  - Ghostwriter is unable to deliver the work on time
  - Book is not a bestseller.

b. According to the Termination clause:

- Author will have the right to terminate this Agreement at any point due to dissatisfaction and will get a full refund of the amount paid according to the provisions outlined in the "Payment" section of this Agreement. The contract was terminated on July 22, 2022 (see Exhibit B).

c. The points of dissatisfaction and the reasons for which the refund was requested:

- The expected 100% ROI within the first twelve months has not been provided (see Exhibit C).
- The writer or team was not provided to my satisfaction (see Exhibit D).
- The quality of the work was horrible as evidenced by the many edits, emails, text messages (see Exhibit E).
- Work was not delivered on time. For example, it took 8 months to get the copies of the books I paid for. I was lied to about status many times (I have transcripts of all text messages), there were many mistakes in the printing (I still have 100 copies of a book with the wrong title on the spine). I had to constantly nag about deliverables, yet I didn't get them (see Exhibit F).

- The books are not bestsellers. In fact, there has been less than $200 in sales across all books (4) since publishing (see Exhibit G).
- The marketing team waited for 3 months after I paid to do anything. Then, when I checked, after a month of "we are working on it", they stopped again.
- My intellectual property was stolen. The files for the archetype glyphs that were created, based on my design, were not provided to me. After several months of repeatedly asking for them and being told I would get them, I still haven't received the files.
- Wikipedia site was not built.
- The app for my books was not completed.
- The website for my books (leighrileybooks.com) was hacked by Rick Jordan. First, viruses were placed in the main account, which caused my emails to be blacklisted. I had to spend almost $1,000 to get it cleaned up and place security software on all accounts (3 of them). This also cause my websites (2) to be locked. Next, Rick Jordan tried to add malware but couldn't because I have a protection system on it now. Because he couldn't do that, he instead removed content and added a deny code to the htaccess code (see Exhibit H).

d. The amount paid for services was $46,900 (see Exhibit I), consequently, the return on investment (ROI) should be $93,800.

e. Only 3 of the 11 books have been written/published (see Exhibit J).

CLAIM TWO: After several months of trying to obtain a refund, Michael White and Jeff Taylor (VP Finance), employees of Talented Ghostwriter, offered a settlement of $20,000. The offer, dated December 1, 2022 (see Exhibit K), has not been adhered to by the Defendant, as agreed.

Supporting facts:

a. According to the agreement:

- As per your discussion with one of our representatives. we both (you and Talented Ghostwriter) both have agreed to settle down the issue. On the following terms:
  - The amount of $20,000 will be refunded back in four equal instilments.
  - The amount of each instalment $5000 will be reimbursed every month starting from December 1st -March 1st.
- After the settlement which will be concluded in March 2023 there will be no further communication between you and the company, and no one will owe anything to anyone, and no claim will be entertained.
- Once the signed copy is received the refund process will be initiated.

b. To date, no monies have been received.

E. **REQUEST FOR RELIEF**

Plaintiff prays for the following relief:

1. For the judgment that Plaintiff properly terminated the Agreement with the Defendant(s) and Defendants are liable for the contract.

2. For monetary relief in the amount of $234,500.

3. For such other and further relief as the Court deems just and proper.

F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
Leigh Riley, Plaintiff, pro se

1/7/23
Date