

# EXHIBIT "A"

Talented ghostwriter

# SERVICE AGREEMENT

This Service Agreement ("Agreement"), dated January 18, 2021, is between **Leigh Riley**, henceforth referred to as ("Author") and **Talented Ghostwriter**, LLC, a California limited liability company located at 645 S Olive St Los Angeles, CA 90014 USA (dba www.talentedghostwriter.com), henceforth referred to as ("Ghostwriter").

Author and Ghostwriter are entering into this Agreement for the purposes of completing the book of up to 300 pages along with its design and publishing the book on multiple platforms, herein referred to as the "Project". As such, Author and Ghostwriter agree to the following provisions:

**Method.** In order to accomplish the Project, Ghostwriter will take this chapter by chapter and each chapter will be written, edited and proofread before it is shared with the Author. The chapters once prepared will be uploaded on the online portal from where the Author can download, review and post feedback.

Author will be working close to the Ghostwriter, speaking with him/her every once or twice a week. The scheduled interview hours will include an in-depth strategy session with the writing team, conducted remotely. Once the chapters are compiled and the writing, editing and proofreading phase is completed, Ghostwriter will design the cover art and 3-4 cover art samples will be sent to the Author allowing the Author to pick the best one. All the necessary files and formats will be delivered to the Author with 100% copyrights.

Ghostwriter will then publish the book on Amazon, Kindle, Barnes & Noble, Google Books, etc. under the name of the Author and file copyrights with the global registry for the Author before publication. Ghostwriter will make the book available to all in different formats including EBook, Paperback and Hardcover.

**Process.** Ghostwriter will reserve a team of experts for the Project to ensure quality deliverables:

- Lead Writer (Project Manager)
- Editor & Proofreader
- Quality Assurance Expert
- Final Analysis Expert
- Graphic Designer

# Talented ghostwriter

The book will be written/re-written based on the ideas, feedback and requirements given by the Author. Ghostwriter will ensure that the book is completed according to the finalized outline.

**Service outline.**

- Finalizing the outline
- Writing/re-writing of the entire book
- Research and ethnography
- Detailed author's bio
- Formatting and typesetting
- Unlimited images/photos
- Creative cover design
- Publishing on Amazon, Kindle and Barnes & Noble
- EBook, paperback and hardcover
- Full copyrights
- Unlimited revisions
- A dedicated team of 5 experts
- Online author account
- Completion in 2 to 4 months
- 24/7 customer support
- 100% money back guarantee

**Guarantees.**

1. Free of cost unlimited revisions
2. 100% unique content
3. 100% money back guarantee in the following cases:

    - Author does not like the writing team
    - Author is not comfortable with the process
    - Author is not satisfied with the quality of work
    - Ghostwriter is unable to deliver the work on time

**Plagiarism.** Ghostwriter agrees that all the Project created for the Author will be his/her own unique work, and will not be borrowed from any other copyrighted work.

# Talented ghostwriter

**Deadline.** Ghostwriter will have the entire Project done within 2-4 months. The Author has full rights to pause and resume the process or to amend the timeframe as per his/her convenience.

**Royalties.** Ghostwriter will not be entitled to any royalties, residuals, or commissions upon the sale of the work.

**Copyrights.** Author will own the Project, including any copyrights and sale or distribution rights.

**Payment.** The total payment for the Ghostwriter is **$1200.00 USD**. Payment for the Project will be delivered 100% upfront.

**Confidentiality.** Ghostwriter acknowledges that he/she will have access to certain privileged information during the course of this project. Ghostwriter agrees to keep all information confidential from any and all third parties, during and after the course of this project.

**Termination.** Author will have the right to terminate this Agreement at any point due to dissatisfaction and will get a full refund of the amount paid according to the provisions outlined in the "Payment" section of this Agreement.

Author and Ghostwriter agree to the above terms, and undersign here to that effect.

LEIGH RILEY
Author Name

*[signature]*
Author Signature

Kevin Jones
Senior Writing Consultant
& Marketing Manager
Promisor Name

*[signature]*
Promisor Signature

# Talented ghostwriter

# SERVICE AGREEMENT

This Service Agreement ("Agreement"), dated January 22nd, 2021, is between **Leigh Riley**, henceforth referred to as ("Author") and **Talented Ghostwriter**, LLC, a California limited liability company located at 645 S Olive St Los Angeles, CA 90014 USA (dba www.talentedghostwriter.com), henceforth referred to as ("Ghostwriter").

Author and Ghostwriter are entering into this Agreement for the purposes of completing the book of up to 300 pages along with its design, publishing the book on multiple platforms and marketing of the book, herein referred to as the "Project". As such, Author and Ghostwriter agree to the following provisions:

**Method.** In order to accomplish the Project, Ghostwriter will take this chapter by chapter and each chapter will be written, edited and proofread before it is shared with the Author. The chapters once prepared will be uploaded on the online portal from where the Author can download, review and post feedback.

Author will be working close to the assigned writer, speaking with him/her every once or twice a week. The scheduled interview hours will include an in-depth strategy session with the writing team, conducted remotely.

Once the chapters are compiled and the writing, editing and proofreading phase is completed, Ghostwriter will design the cover art and 3-4 cover art samples will be sent to the Author allowing the Author to pick the best one. All the necessary files and formats will be delivered to the Author with 100% copyrights.

Ghostwriter will then publish the book on Amazon, Kindle, Barnes & Noble, Google Books, etc. under the name of the Author and file copyrights with the global registry for the Author before publication. Ghostwriter will make the book available to all in different formats including EBook, Paperback and Hardcover.

Ghostwriter will be responsible for promoting and marketing the book. The aim will be to make the book a bestseller, get 100% ROI within the twelve months after the book is published, and to get the maximum reach and gain followers for the Author's profile.

📱 1-888-217-2492 (Sales)
1-323-879-7214 (Support)

 sales@talentedghostwriter.com

 645 S Olive St, Los Angeles CA 90014 USA

# Talented ghostwriter

**Process.** Ghostwriter will reserve a team of experts for the Work to ensure quality deliverables:

- Lead writer (Project manager)
- Editor & proofreader
- Quality assurance expert
- Final analysis expert
- Graphic designer
- Marketing manager
- PPC & SEO Expert
- Website and social media manager
- Account manager

The lead writer and team will be connected to the Author through an online portal and will be able to collect any information or update whenever required. Author is eligible to request a new lead writer or team if not satisfied.

**Service outline.**

- Finalizing the outline
- Research and ethnography
- Writing/re-writing of the entire book
- Formatting and typesetting
- Unlimited revisions
- Unlimited photos and illustrations
- Creative cover design
- Publishing on Amazon, Kindle and Barnes & Noble
- Availability in EBook, hardcover and paperback versions
- Full copyrights of all the content
- Non-stop marketing through multiple platforms
- Video/Animated teaser and trailer
- Author website & social media accounts
- Marketing and promotion of the Author's profile
- Guaranteed bestseller within the first twelve months
- Guaranteed ROI within the first twelve months
- A dedicated team of 5-6 experts
- Online author account
- 100% money back guarantee
- 200 Printed Copies


1-888-217-2492 (Sales)
1-213-879-7214 (Support)


sales@talentedghostwriter.com


645 S Olive St, Los Angeles
CA 90014 USA

# Talented ghostwriter

**Guarantees.**

1. Free of cost unlimited revisions
2. 100% unique content
3. 100% ROI within the first twelve months
4. 100% money back guarantee in following cases:

   - Author doesn't like the writer or team
   - Author is not satisfied with the quality of work
   - Ghostwriter is unable to deliver the work on time
   - Book is not a bestseller

**Plagiarism.** Ghostwriter agrees that the Project created for the Author will be his/her own unique work, and will not be borrowed from any other copyrighted work.

**Deadline.** Ghostwriter will have the entire Project completed within 8-10 months. Author has full rights to pause and resume the process or to amend the timeframe as per his/her convenience.

**Royalties.** Ghostwriter will not be entitled to any royalties, residuals, or commissions upon the sale of the work.

**Copyrights.** Author will own the Project, including any copyrights and sale or distribution rights.

**Payment.** The total discounted payment for Ghostwriter is **$10,500.00 USD.** You have paid $7500.00 today and the reaming $3000.00 as discussed would be paid on 31st March 2021

**Confidentiality.** Ghostwriter acknowledges that he/she will have access to certain privileged information during the course of this project. Ghostwriter agrees to keep all information confidential from any and all third parties, during and after the course of this project.

**Termination.** Author will have the right to terminate this Agreement at any point due to dissatisfaction and will get a full refund of the amount paid according to the provisions outlined in the "Payment" section of this Agreement.

1-888-217-2492 (Sales)
1-323-879-7214 (Support)


sales@talentedghostwriter.com


645 S Olive St, Los Angeles
CA 90014 USA

**Talented ghostwriter**

Author and Ghostwriter agree to the above terms, and undersign here to that effect.

LEIGH RILEY
Author Name

*[signature: Leigh Riley]*
Author Signature

**Simon Watson**
Head of Writing Dept.

Promisor Name

*[signature]*
Promisor Signature

1-888-217-2492 (Sales)
1-323-879-7214 (Support)

sales@talentedghostwriter.com

645 S Olive St, Los Angeles
CA 90014 USA