EXHIBIT "B"

**From:** Leigh Riley drleighriley@gmail.com
**Subject:** Re: Welcome to Talented Ghostwriter
**Date:** July 22, 2021 at 3:40 PM
**To:** Support support@talentedghostwriter.com



I am not satisfied with the service at all. I would like all of my contracts cancelled and refunded.

Regards,

Dr Leigh Riley DM/IST
drleighriley@gmail.com

Please consider The Riley Institute as your charitable organization on AmazonSmile

On Jan 17, 2021 at 10:08 AM, Support <support@talentedghostwriter.com> wrote:

**Dear Leigh Riley,**

As the Lead Project Manager at our Texas office, I'd like to welcome you to Talented Ghostwriter

Thank you for signing up to keep in touch with us. From now on, you'll get regular updates on new additions, special offers and promotions from the agency making creative content, editing exciting again. And since you'll be the first one to know, you can always get better prices in addition to exceptional ghostwriting and editing services!

Here's to the start of a healthy relationship.

Cheers,

**Support**

**Call:**  1-888-217-2492
**Email:**  support@talentedghostwriter.com
**Website:** www.talentedghostwriter.com