# EXHIBIT "G"

| Date | Paid Units Sold (eBook) | Free Units Sold (eBook) | Net Units Sold (Paperback) | Net Units Sold (Hardcover) | KOLL Borrows | KENP Read | Royalty (USD) | Royalty (GBP) | Royalty (EUR) | Royalty (PLN) | Royalty (SEK) | Royalty (JPY) | Royalty (INR) | Royalty (CAD) | Royalty (BRL) | Royalty (MXN) | Royalty (AUD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| November 2022 | 0 | 0 | 1 | 0 | N/A | 2 | 7.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| October 2022 | 0 | 0 | 4 | 0 | N/A | 656 | 34.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| September 2022 | 0 | 0 | 3 | 0 | N/A | 0 | 25.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| August 2022 | 0 | 0 | 1 | 0 | N/A | 1 | 9.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| July 2022 | 0 | 0 | 0 | 0 | N/A | 313 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| June 2022 | 0 | 0 | 0 | 0 | N/A | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May 2022 | 0 | 0 | 1 | 0 | N/A | 0 | 7.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| April 2022 | 2 | 0 | 0 | 0 | N/A | 58 | 10.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| March 2022 | 0 | 0 | 0 | 0 | N/A | 6 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| February 2022 | 0 | 0 | 0 | 0 | N/A | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| January 2022 | 0 | 0 | 0 | 0 | N/A | 8 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| December 2021 | 0 | 0 | 0 | 0 | N/A | 68 | 0.31 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| November 2021 | 1 | 0 | 0 | 0 | N/A | 280 | 7.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| October 2021 | 0 | 0 | 1 | 0 | N/A | 137 | 7.67 | 0.00 | 0.00 | 0.00 | 0.00 | 16.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| September 2021 | 0 | 0 | 0 | 0 | N/A | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  | 111.50 | 0.01 | 0.00 | 0.00 | 0.00 | 16.03 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 |