# EXHIBIT "H"

**Chat Transcript with Bluehost (domain hosting provider for leighrileybooks.com)**

(2022-08-13T07:14:26-06:00) [Leigh Riley] {ParticipantJoined}
(2022-08-13T07:14:27-06:00) [Leigh Riley] {Message} 403 Forbidden error
(2022-08-13T07:14:29-06:00) [Prateesha] {ParticipantJoined}
(2022-08-13T07:14:55-06:00) [Prateesha] {Message} Hello,Leigh . Welcome to Chat Support. I am Prateesha.
I am sorry to know that the site shows 403 error, Let me check that for you.
Could you please provide me with the primary domain on the account?
(2022-08-13T07:15:11-06:00) [Leigh Riley] {Message} drleighriley.net
(2022-08-13T07:15:53-06:00) [Prateesha] {Message} Thank you, To safeguard your account's information I have sent a token to your registered email address on the account. Please check it and provide me the token
(2022-08-13T07:16:49-06:00) [Leigh Riley] {Message} 418033
(2022-08-13T07:17:44-06:00) [Prateesha] {Message} Thank you for authenticating.Can you please be on hold for 2-3 minutes while I check on this?
(2022-08-13T07:17:53-06:00) [Leigh Riley] {Message} ok
(2022-08-13T07:21:08-06:00) [Prateesha] {Message}  Thank you for your patience, I am still working on it. Please be on hold for 3-4 minutes.
(2022-08-13T07:21:19-06:00) [Leigh Riley] {Message} ok
(2022-08-13T07:24:33-06:00) [Prateesha] {Message}  Thank you for your patience, the site works now, please check it
(2022-08-13T07:24:59-06:00) [Leigh Riley] {Message} what was the problem?
(2022-08-13T07:25:45-06:00) [Prateesha] {Message} There was a deny code in .htaccess file which is added incorrectly, that caused the issue
(2022-08-13T07:26:03-06:00) [Leigh Riley] {Message} who added it???
(2022-08-13T07:27:49-06:00) [Prateesha] {Message} Unfortunately we don't have information on that as we don't have access to add that code on our end, however you can check if someone logged into bluehost and added it from bluehost account>>advanced tab>>raw access
(2022-08-13T07:28:16-06:00) [Leigh Riley] {Message} I'm the only one with access.  I didn't do it.
(2022-08-13T07:28:36-06:00) [Leigh Riley] {Message} Is it possible to have come in from the WordPress site?
(2022-08-13T07:29:01-06:00) [Prateesha] {Message} In that case its best to reset the bluehost account password and also the wordpress dashboard password to be on the safe side . the plugins/themes dont add deny codes to the site, looks like this was added manually
(2022-08-13T07:30:03-06:00) [Leigh Riley] {Message} I'm trying to login to WordPress.  It seems my password is not working.  I suspect who has done this... how do I get this changed?
(2022-08-13T07:30:40-06:00) [Prateesha] {Message} Let me check the dashboard, please give me 2-4 minutes
(2022-08-13T07:30:50-06:00) [Leigh Riley] {Message} thank you
(2022-08-13T07:32:07-06:00) [Prateesha] {Message} I was able to access it from bluehost account>>Mysites
Could you try accessing it from there and then resetting the password from users>>edit?
(2022-08-13T07:33:19-06:00) [Leigh Riley] {Message} There is a user that I have no idea who they are.  How do I delete them?

(2022-08-13T07:34:51-06:00) [Prateesha] {Message} There is drleighriley, this is not your username correct?
(2022-08-13T07:35:01-06:00) [Leigh Riley] {Message} that is me
(2022-08-13T07:35:26-06:00) [Prateesha] {Message} Currently only 1 user appears under that site for drleighriley.net
(2022-08-13T07:35:59-06:00) [Leigh Riley] {Message} I'm under my sites for leighrileybooks
(2022-08-13T07:36:07-06:00) [Leigh Riley] {Message} that's where the problem is
(2022-08-13T07:36:23-06:00) [Leigh Riley] {Message} there is no WordPress for drleighriley.net
(2022-08-13T07:36:44-06:00) [Prateesha] {Message} Okay 2 minutes please
(2022-08-13T07:37:48-06:00) [Prateesha] {Message} there is Leigh Riley, devadminus and seo-support there, are you seeing these 3 users?
(2022-08-13T07:38:00-06:00) [Leigh Riley] {Message} I only see 2
(2022-08-13T07:39:18-06:00) [Prateesha] {Message} The other 2 are for m.jordan@gmail.com, do you have any dev or any other SEO team with m.jordan@gmail.com address?
(2022-08-13T07:39:52-06:00) [Leigh Riley] {Message} I think he is the one sabbotaging the site.  He initially built the site.
(2022-08-13T07:40:02-06:00) [Leigh Riley] {Message} can they we deleted?
(2022-08-13T07:40:29-06:00) [Prateesha] {Message} Sure, sure I delete devadminus and seo-support?
(2022-08-13T07:40:35-06:00) [Prateesha] {Message} Should I **
(2022-08-13T07:40:38-06:00) [Leigh Riley] {Message} yes
(2022-08-13T07:42:26-06:00) [Prateesha] {Message} Sure also  when I logged in from bluehost>>Mysites , I was logged in as devadminus automatically as its one of the admins, so I cannot delete it , I deleted seo-support, what we can do is first reset password for your dashboard and then you login using  your username and then devadminus can be deleted
(2022-08-13T07:42:35-06:00) [Prateesha] {Message} Do you have access to info@leighrileybooks.com?
(2022-08-13T07:43:04-06:00) [Leigh Riley] {Message} yes
(2022-08-13T07:43:29-06:00) [Prateesha] {Message} I will send a password reset link to that email address , Could you try resetting the password and let me know?
(2022-08-13T07:44:15-06:00) [Leigh Riley] {Message} got it.  resetting
(2022-08-13T07:45:11-06:00) [Leigh Riley] {Message} I'm getting an error about enabling cookies...
(2022-08-13T07:45:42-06:00) [Prateesha] {Message} Could you copy paste the full error here ?
(2022-08-13T07:47:00-06:00) [Leigh Riley] {Message} give me a minute.  I just need to go into Chrome
(2022-08-13T07:47:23-06:00) [Prateesha] {Message} Sure, please take your time.
(2022-08-13T07:48:58-06:00) [Leigh Riley] {Message} I'm in WordPress
(2022-08-13T07:49:42-06:00) [Prateesha] {Message} Now do you get option to go to users>>all users and delete devadminus ?
(2022-08-13T07:50:46-06:00) [Leigh Riley] {Message} It's asking what I should do with content owned by this user.  Should I attribute it to me?
(2022-08-13T07:51:43-06:00) [Prateesha] {Message} Yes you can select that option
(2022-08-13T07:53:12-06:00) [Leigh Riley] {Message} it signed me out.  trying to get back in...
(2022-08-13T07:55:33-06:00) [Prateesha] {Message} Sure please try

(2022-08-13T07:56:20-06:00) [Leigh Riley] {Message} that user is still there...
(2022-08-13T07:56:40-06:00) [Prateesha] {Message} let me try to delete it from PHPmyadmin
(2022-08-13T07:56:57-06:00) [Leigh Riley] {Message} ok
(2022-08-13T07:59:00-06:00) [Prateesha] {Message}  Thank you for your patience, Its removed now
(2022-08-13T07:59:29-06:00) [Leigh Riley] {Message} I've refreshed the site, and I still see it...
(2022-08-13T08:01:07-06:00) [Prateesha] {Message} It doesnt appear in the backend, let me try creating a test user and try to login and check
(2022-08-13T08:02:12-06:00) [Leigh Riley] {Message} I'm seeing Admin aa now also...
(2022-08-13T08:02:53-06:00) [Prateesha] {Message} Admin aa is me , I created that test account now . I am trying to delete devadminus
(2022-08-13T08:03:04-06:00) [Leigh Riley] {Message} thank you
(2022-08-13T08:03:35-06:00) [Prateesha] {Message} could you reload and check if it still appears ? If it doesn't please delete admin user as well
(2022-08-13T08:03:56-06:00) [Leigh Riley] {Message} it's gone now!
(2022-08-13T08:04:26-06:00) [Leigh Riley] {Message} you're deleted too
(2022-08-13T08:04:34-06:00) [Prateesha] {Message} Perfect!!
(2022-08-13T08:04:41-06:00) [Prateesha] {Message} Is there anything else I can assist you with today?
(2022-08-13T08:04:43-06:00) [Leigh Riley] {Message} Thank goodness
(2022-08-13T08:05:00-06:00) [Leigh Riley] {Message} I think that is all.  Hopefully, my site is safe now
(2022-08-13T08:05:39-06:00) [Prateesha] {Message} You're welcome
Yes the site is safe . Please reset main bluehost password as well
(2022-08-13T08:06:03-06:00) [Leigh Riley] {Message} my pictures and things on my site are now gone
(2022-08-13T08:06:48-06:00) [Prateesha] {Message} Let me check it
(2022-08-13T08:07:36-06:00) [Leigh Riley] {Message} and it says my site is not secure
(2022-08-13T08:09:33-06:00) [Prateesha] {Message}  Thank you for your patience, I am still working on it. Please be on hold for 3-4 minutes.
(2022-08-13T08:09:43-06:00) [Leigh Riley] {Message} ok
(2022-08-13T08:11:55-06:00) [Prateesha] {Message} I checked the website files and can see many random files there with 0 contents and looks like that user tried to add malware to the account  but since you have sitelock on the site he was not able to do it, but he made some other changes to the website. Not to worry let me check the site backups
(2022-08-13T08:12:43-06:00) [Leigh Riley] {Message} Wow!  I suspected that was the case, but no proof until now....
(2022-08-13T08:14:50-06:00) [Prateesha] {Message} Okay so plugins, themes , images are there, we need to get those posts and pages back, let me check it
(2022-08-13T08:15:05-06:00) [Leigh Riley] {Message} great
(2022-08-13T08:21:15-06:00) [Prateesha] {Message}  Thank you for your patience, Those posts and pages are being added , its still under process
(2022-08-13T08:21:57-06:00) [Leigh Riley] {Message} ok.  Is there some report or something to show what the other user did and tried to do?
(2022-08-13T08:24:04-06:00) [Prateesha] {Message} Unfortunately there are no such reports but he will no longer have access to the site .

Could you please check if the contents works now ?

If it does I will add SSl to the site
(2022-08-13T08:26:07-06:00) [Leigh Riley] {Message} Some pages have pics missing.  Here are the URLs: http://leighrileybooks.com/the-soul-code/
(2022-08-13T08:26:10-06:00) [Leigh Riley] {Message} http://leighrileybooks.com/the-soul-code-guidance/
(2022-08-13T08:26:24-06:00) [Leigh Riley] {Message} http://leighrileybooks.com/the-soul-code-workbook/
(2022-08-13T08:26:48-06:00) [Prateesha] {Message} Thank you, could you please check if these images are added in dashboard>>media?
(2022-08-13T08:27:57-06:00) [Leigh Riley] {Message} I have to reset password again... one moment
(2022-08-13T08:31:09-06:00) [Leigh Riley] {Message} all the users are back!
(2022-08-13T08:31:58-06:00) [Leigh Riley] {Message} I"ve deleted them
(2022-08-13T08:32:59-06:00) [Prateesha] {Message} Just to confirm now the users are gone but contents are still there correct?
(2022-08-13T08:34:47-06:00) [Leigh Riley] {Message} yes, except those pics I mentioned
(2022-08-13T08:35:50-06:00) [Leigh Riley] {Message} I'm on WP dashboard media
(2022-08-13T08:36:51-06:00) [Leigh Riley] {Message} It says there are 69 images, but I can't see them.  Most of the squares are blank.
(2022-08-13T08:37:12-06:00) [Prateesha] {Message} Let me check it, please give me 2-4 minutes
(2022-08-13T08:37:18-06:00) [Leigh Riley] {Message} thank you
(2022-08-13T08:42:28-06:00) [Prateesha] {Message}  Thank you for your patience, I am trying to add those images back
(2022-08-13T08:42:39-06:00) [Prateesha] {Message} I am still working on it
(2022-08-13T08:42:40-06:00) [Leigh Riley] {Message} Thank you!
(2022-08-13T08:48:40-06:00) [Prateesha] {Message} The total images are around 1 GB or more, so it is taking some time
(2022-08-13T08:49:04-06:00) [Leigh Riley] {Message} ok.  no worries.  I appreciate your help!
(2022-08-13T08:53:29-06:00) [Prateesha] {Message}  Thank you for your patience, I can see that it needs restoration. Not to worry I can escalate a case to level 2 team for restoration of all the images. I will send you an email regarding the restoration, please select the date and reply to it. The Aug 12 backup has all the images
(2022-08-13T08:54:13-06:00) [Leigh Riley] {Message} ok.  So that admin was trashing things today?
(2022-08-13T08:55:09-06:00) [Prateesha] {Message} Yes looks like that, he had admin control over all the contents in dashboard.

You can reply saying

I wish to restore the website images of leighrileybooks.com  from Aug 12th
(2022-08-13T08:55:52-06:00) [Leigh Riley] {Message} I wish to restore the website images of leighrileybooks.com from Aug 12th

(2022-08-13T08:56:39-06:00) [Prateesha] {Message} Please reply the same to the email I have sent at drleighriley@gmail.com
(2022-08-13T08:56:49-06:00) [Leigh Riley] {Message} LOL.  I sent the reply to email
(2022-08-13T08:57:59-06:00) [Prateesha] {Message} Thank you, I have escalated ticket 42924855 to our specialists with all the details. They will restore the images  and contact you. You will get the update email from our specialist to your account contact email address.
(2022-08-13T08:58:31-06:00) [Leigh Riley] {Message} great!  Thanks!
(2022-08-13T08:58:40-06:00) [Prateesha] {Message} You're welcome
(2022-08-13T08:58:44-06:00) [Prateesha] {Message} Is there anything else I can assist you with today?
(2022-08-13T08:59:05-06:00) [Leigh Riley] {Message} No thank you.  You have been a great help today!
(2022-08-13T08:59:21-06:00) [Prateesha] {Message} You're welcome
I am glad I could assist you today
Thank you for chatting with us. Please feel free to contact us at any time. We are available 24X7. Have a great day.