

# EXHIBIT "J"

*The Soul Code* and *The Soul Code Workbook* were written as one book but printed as two.

### It's All about the Journey
By Leigh Riley

| | | |
|---|---|---|
| Kindle eBook<br>LIVE ˅<br>Submitted on September 29, 2021 | $9.99 USD<br>View on Amazon ˅<br>ASIN: B09HJLNF39 | KINDLE EBOOK ACTIONS<br>Promote and Advertise    … |
| Paperback<br>LIVE ˅<br>Submitted on September 30, 2021 | $19.99 USD<br>View on Amazon ˅<br>ASIN: 1801283486 | PAPERBACK ACTIONS<br>Order author copies    … |
| + Create hardcover | | Link existing hardcover |

Why offer multiple formats? ˅

### The Soul Code Workbook
By Dr. Leigh Riley

| | | |
|---|---|---|
| Kindle eBook<br>LIVE ˅<br>Submitted on September 21, 2021 | $9.99 USD<br>View on Amazon ˅<br>ASIN: B09GR9XS3H | KINDLE EBOOK ACTIONS<br>Promote and Advertise    … |
| Paperback<br>LIVE ˅<br>Submitted on September 28, 2021 | $19.99 USD<br>View on Amazon ˅<br>ASIN: 1801283281 | PAPERBACK ACTIONS<br>Order author copies    … |
| + Create hardcover | | Link existing hardcover |

Why offer multiple formats? ˅

### The Soul Code Guidance
By Dr. Leigh Riley

| | | |
|---|---|---|
| Kindle eBook<br>LIVE ˅<br>Submitted on September 13, 2021 | $9.99 USD<br>View on Amazon ˅<br>ASIN: B09G521JR3 | KINDLE EBOOK ACTIONS<br>Promote and Advertise    … |
| Paperback<br>LIVE ˅<br>Submitted on September 14, 2021 | $19.99 USD<br>View on Amazon ˅<br>ASIN: 1801283257 | PAPERBACK ACTIONS<br>Order author copies    … |
| + Create hardcover | | Link existing hardcover |

Why offer multiple formats? ˅

### The Soul Code
By Dr. Leigh Riley

| | | |
|---|---|---|
| Kindle eBook<br>LIVE ˅<br>Submitted on September 13, 2021 | $9.99 USD<br>View on Amazon ˅<br>ASIN: B09G5G1Y4N | KINDLE EBOOK ACTIONS<br>Promote and Advertise    … |
| Paperback<br>LIVE ˅<br>Submitted on September 14, 2021 | $19.99 USD<br>View on Amazon ˅<br>ASIN: 1801283249 | PAPERBACK ACTIONS<br>Order author copies    … |
| + Create hardcover | | Link existing hardcover |