# EXHIBIT "K"

**Talented ghostwriter**

Dec 1st 2022

HI Leigh,

As per your discussion with one of our representatives. we both (you and Talented Ghostwriter) both have agreed to settle down the issue. On the following terms

The amount of $20,000 will be refunded back in Four equal instilments.

The amount of each instalment $5000 will be reimbursed every month starting from;

December 1st -March 1st.

After the settlement which will be concluded in March 2023 there will be no further communication between you and the company and no one will owe anything to anyone and no claim will be entertained.

Once the signed copy is received the refund process will be initiated.

Jeff Taylor

VP Finance

Name and signature of the receiving party;

_____

_____

1-888-217-2492 (Sales)
1-323-879-7214 (Support)

sales@talentedghostwriter.com

645 S Olive St , Los Angeles
CA 90014 USA