IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00075-MDB

Leigh Riley

   Plaintiff,

v.

Talented Ghostwriter,
360 Digital Marketing LLC,
Retrocube LLC,
Texona Marketing LLC,

   Defendant(s).

---

**NOTICE OF VOLUNTARY DISMISSAL OF CASE**

---

  The above-named Leigh Riley, Plaintiff, respectfully asks the Court to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated: 12 April 2023

    Respectfully submitted,

    By: */s/ Leigh Riley*
    (Signature of party)

    Print Name: Leigh Riley

    Address: 8277 Loganberry Ct

      Colorado Springs, CO 80927

    Telephone Number: 703-973-0448

    Email Address: drleighriley@gmail.com